IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

NAOMI W.,
    Plaintiff,

v.                                           Case No. 2:23cv332

MARTIN O'MALLEY,[1]
Commissioner of Social Security,
    Defendant.

## FINAL ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge entered on April 3, 2024 (ECF No. 13).  The time to file objections has expired and neither party has objected to the Report and Recommendation. Having reviewed the Report and Recommendation, and having considered the record and the Report and Recommendation and finding no error, it is hereby ORDERED:

(1)    The Report and Recommendation (ECF No. 13) is ADOPTED as the opinion of this Court.

(2)    Plaintiff's request for an award of benefits, or, in the alternative, request for remand (ECF No. 10) is DENIED.

(3)    Defendant's request to affirm the Commissioner's decision (ECF No. 11) is GRANTED.

(4)    The final decision of the Commissioner is AFFIRMED.

(5)    This case is CLOSED.

Let the Clerk of the Court send a copy of this Final Order to all counsel of record.

It is SO ORDERED.

                                                     /s/
                                          Elizabeth W. Hanes
                                          United States District Judge

Norfolk, Virginia
Date: April 22, 2024

---

[1]    Martin O'Malley is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).